(22 Misc. Rep. 557.)

### KRAETZER v. THOMAS et al.

(City Court of New York, General Term. February 7, 1898.)

REVIEW ON APPEAL.

Where a case is decided by the jury on disputed questions of fact, and there are no exceptions to the charge, nor any exceptions to the evidence, the record does not present any exception for review on appeal.

Appeal from trial term.

Action by Albert Kraetzer against Emil Thomas and another. From a judgment for plaintiff, defendants appeal. Affirmed.

Argued before FITZSIMONS, C. J., and McCARTHY, J.

John L. Branch, for appellants.

Parker & Aaron, for respondent.

PER CURIAM. Appeal from a judgment entered on the verdict of a jury, and from an order denying a motion for a new trial. The

plaintiff was a designer and a manufacturer of children's reefers, and the defendants were manufacturers and dealers therein. An agreement was entered into in writing between the parties for the service of the plaintiff at a fixed compensation, which he alleges was afterwards terminated by a further agreement to pay him compensation at the rate of $40 per week for 14 weeks, and a further sum of $287.77, alleged to be due him under the agreement first named, as a settlement upon the termination thereof. The first agreement is admitted by the defendants, but the subsequent arrangement for its termination, as well as the balance claimed to be due, was denied. The whole case went to the jury upon disputed questions of fact, and there was no exception to the charge of the trial judge, nor do we find a single exception in the record taken by the defendant during the progress of the trial, except to the refusal of the court to dismiss the complaint on the defendants' motion at the close of the plaintiff's case, and the record as made does not appear to present to this court any single exception for review on appeal. The whole case was fairly presented to the jury upon all the evidence, and there was a determination in the plaintiff's favor for the full amount claimed. We think the judgment should be affirmed.

Judgment affirmed, with costs.